# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SANDOVAL, VERONICA | § | Case No. 12-25959 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:00 a.m. on April 2, 2013
in Courtroom 615, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Kenneth S. Gardner_____
                                                    Clerk of the US Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SANDOVAL, VERONICA | § | Case No. 12-25959 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of                                    $           7,700.00

and approved disbursements of                                         $               6.22

leaving a balance on hand of[1]                                       $           7,693.78


Claims of secured creditors will be paid as follows:


### NONE


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,520.00 | $ 0.00 | $ 1,520.00 |

Total to be paid for chapter 7 administrative expenses        $           1,520.00

Remaining Balance                                             $           6,173.78


Applications for prior chapter fees and administrative expenses have been filed as follows:


### NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,982.41  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  56.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC agent WFNB | $ 548.79 | $ 0.00 | $ 308.50 |
| 000002 | PYOD, succ/assigns of Citibank | $ 892.91 | $ 0.00 | $ 501.95 |
| 000003 | GE Capital Retail Bank | $ 738.32 | $ 0.00 | $ 415.05 |
| 000004 | Amer InfoSource agent Midland Funding | $ 1,105.51 | $ 0.00 | $ 621.46 |
| 000005 | Capital One Bank (USA), N.A. by | $ 1,074.73 | $ 0.00 | $ 604.16 |
| 000006 | Amer InfoSource agent T-Mobile | $ 381.88 | $ 0.00 | $ 214.68 |
| 000007 | Citibank, N.A. | $ 1,820.68 | $ 0.00 | $ 1,023.50 |
| 000008 | Citibank, N.A. | $ 3,305.43 | $ 0.00 | $ 1,858.15 |
| 000009 | Citibank, N.A. | $ 1,114.16 | $ 0.00 | $ 626.33 |

Total to be paid to timely general unsecured creditors   $ 6,173.78

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE


Prepared By: /s/ Joseph A. Baldi
                                                     Joseph A. Baldi, Trustee



*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-25959-JSB
Veronica Sandoval                                                         Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen          Page 1 of 3          Date Rcvd: Mar 07, 2013
                              Form ID: pdf006       Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2013.
db            Veronica Sandoval,   8029 42nd,   Lyons, IL  60534
19469265       Capital One Bank (USA), N.A. by,   American InfoSource LP as agent,   PO Box 71083,
               Charlotte, NC  28272-1083
19090047      +Capital One, N.a.,   Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
19090048      +Citibank Na,   Attn.:  Centralized Bankruptcy,   Po Box 20363,   Kansas City, MO 64195-0363
19090049      +Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
19090050      +City of Chicago,   Department of Revenue,   PO Box 88292,   Chicago, IL 60680-1292
19090051      +Dependon Collection Se,   Attn: Bankruptcy,   Po Box 4833,   Oak Brook, IL 60522-4833
19090052      +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
19090054      +Fashion Bug/soanb,   1103 Allen Dr,   Milford, OH 45150-8763
19090058      +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
19090059      +Goodyr/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
19090060      +Harris N.a.,   Bmo-Harris Bank/Attention: Legal Service,   1100 W. Monroe 421 E,
               Chicago, IL 60607-2507
19090063      +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
19090062      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
19090064      +Hsbc/carsn,   Po Box 5253,   Carol Stream, IL 60197-5253
19090065      +Lane Bryant/WFNNB,   Wfnnb,   Po Box 182685,   Columbus, OH 43218-2685
19090067      +Municollofam,   3348 Ridge Road,   Lansing, IL 60438-3112
19090068      +National Credit Adjust,   Po Box 3023,   Hutchinson, KS 67504-3023
19385857      +PYOD, LLC its successors and,   assigns as assignee of Citibank,   Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
19090070      +Victoria's Secret,   Attention: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
19090072      +Wfnnb/New York & Compa,   Attention: Bankruptcy,   P.O. Box 182685,   Columbus, OH 43218-2685
19090071      +Wfnnb/an Tlr,   Attention: Bankruptcy,   Po Box 182686,   Columbus, OH 43218-2686

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19090046       E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 08 2013 03:05:03    American Honda Finance,
               Po Box 168088,   Irving, TX 75016
19648050       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 08 2013 03:19:04
               American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
               Oklahoma City, OK  73124-8848
19452276       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 08 2013 03:19:05
               American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK  73126-8941
19649956       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 08 2013 03:19:04    Citibank, N.A.,
               c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK  73124-8840
19090053      +E-mail/Text: bknotice@erccollections.com Mar 08 2013 05:17:37    Enhanced Recovery Corp,
               Attention: Client Services,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
19397800       E-mail/PDF: rmscedi@recoverycorp.com Mar 08 2013 03:17:37    GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
19090055      +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2013 03:23:41    Gecrb/gap,   Po Box 965005,
               Orlando, FL 32896-5005
19090056      +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2013 03:23:03    Gecrb/walmart,   Po Box 981400,
               El Paso, TX 79998-1400
19090057      +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2013 03:23:41    Gemb/JC Penny,
               Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19090061      +E-mail/Text: BKNOTICES@EAFLLC.COM Mar 08 2013 03:08:04
               Hilco Receivables/Equable Ascent Financi,   Attn: Bankruptcy,   1120 Lake Cook Road Suite B,
               Buffalo Grove, IL 60089-1970
19090066      +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2013 03:23:14    Lord & Taylor,   PO Box 960035,
               Orlando, FL 32896-0035
19090069      +E-mail/Text: clientservices@northwestcollectors.com Mar 08 2013 03:08:57    Northwest Collectors,
               3601 Algonquin Rd. Suite 232,   Rolling Meadows, IL 60008-3143
19373898       E-mail/Text: bnc-quantum@quantum3group.com Mar 08 2013 05:08:35
               Quantum3 Group LLC as agent for,   World Financial Network Bank,   PO Box 788,
               Kirkland, WA  98083-0788
                                                                                      TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

District/off: 0752-1          User: cgreen              Page 2 of 3              Date Rcvd: Mar 07, 2013
                             Form ID: pdf006            Total Noticed: 35

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 09, 2013**                    **Signature:** _____

District/off: 0752-1            User: cgreen              Page 3 of 3            Date Rcvd: Mar 07, 2013
                               Form ID: pdf006           Total Noticed: 35


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2013 at the address(es) listed below:
          Joseph A Baldi, Tr   jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph R Doyle   on behalf of Debtor Veronica  Sandoval joe@bizardoylelaw.com,
           jim@bizardoylelaw.com;nicole@bizardoylelaw.com;craig@bizardoylelaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                   TOTAL: 3