UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                           §
                                 §
SANDOVAL, VERONICA               §        Case No. 12-25959
                                 §
         Debtor(s)               §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi, Trustee_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance Po Box 168088 Irving, TX 75016 | | | | | |
| | Citibank Na Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | City of Chicago Department of Revenue PO Box 88292 Chicago, IL 60680 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Fashion Bug/soanb 1103 Allen Dr Milford, OH 45150 | | | | | |
| | Gecrb/gap Po Box 965005 Orlando, FL 32896 | | | | | |
| | Gecrb/walmart Po Box 981400 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gm Financial Po Box 181145 Arlington, TX 76096 | | | | | |
| | Goodyr/cbna Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Harris N.a. Bmo-Harris Bank/Attention: Legal Service 1100 W. Monroe 421 E Chicago, IL 60603 | | | | | |
| | Hilco Receivables/Equable Ascent Financi Attn: Bankruptcy 1120 Lake Cook Road Suite B Buffalo Grove, IL 60089 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/carsn Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Lane Bryant/WFNNB Wfnnb Po Box 182685 Columbus, OH 43218 | | | | | |
| | Lord & Taylor PO Box 960035 Orlando, FL 32896 | | | | | |
| | Municollofam 3348 Ridge Road Lansing, IL 60438 | | | | | |
| | Municollofam 3348 Ridge Road Lansing, IL 60438 | | | | | |
| | National Credit Adjust Po Box 3023 Hutchinson, KS 67504 | | | | | |
| | National Credit Adjust Po Box 3023 Hutchinson, KS 67504 | | | | | |
| | Northwest Collectors 3601 Algonquin Rd. Suite 232 Rolling Meadows, IL 60008 | | | | | |
| | Victoria's Secret Attention: Bankruptcy Po Box 182125 Columbus, OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfnnb/New York & Compa Attention: Bankruptcy P.O. Box 182685 Columbus, OH 43218 | | | | | |
| | Wfnnb/an Tlr Attention: Bankruptcy Po Box 182686 Columbus, OH 43218 | | | | | |
| 000004 | AMER INFOSOURCE AGENT MIDLAND FUNDI | | | | | |
| 000006 | AMER INFOSOURCE AGENT TMOBILE | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. BY | | | | | |
| 000007 | CITIBANK, N.A. | | | | | |
| 000008 | CITIBANK, N.A. | | | | | |
| 000009 | CITIBANK, N.A. | | | | | |
| 000003 | GE CAPITAL RETAIL BANK | | | | | |
| 000002 | PYOD SUCCESSOR/ASSIGN OF CITIBANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | QUANTUM3 GROUP AGENT FOR WFNB | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - SANDOVAL

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-25959 | JSB | Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | SANDOVAL, VERONICA | | | Date Filed (f) or Converted (c): | 06/28/12 (f) |
| | | | | 341(a) Meeting Date: | 08/24/12 |
| For Period Ending: | 06/21/13 | | | Claims Bar Date: | 11/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT WITH CITI BANK | 300.00 | 0.00 | | 0.00 | FA |
| 2. SAVINGS ACCOUNT WITH CITI BANK | 50.00 | 0.00 | | 0.00 | FA |
| 3. SAVINGS ACCOUNT WITH CHARTER ONE BANK | 100.00 | 0.00 | | 0.00 | FA |
| 4. MISCELLANEOUS USED HOUSEHOLD GOODS | 1,225.00 | 0.00 | | 0.00 | FA |
| 5. MISCELLANEOUS BOOKS, TAPES, CD'S, ETC. | 100.00 | 0.00 | | 0.00 | FA |
| 6. PERSONAL USED CLOTHING | 600.00 | 0.00 | | 0.00 | FA |
| 7. MISCELLANEOUS COSTUME JEWELRY | 55.00 | 0.00 | | 0.00 | FA |
| 8. EMPLOYER - TERM LIFE INSURANCE - NO CASH SURRENDER | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401(K) THROUGH EMPLOYER - 100% EXEMPT | 65,000.00 | 0.00 | | 0.00 | FA |
| 10. 2001 BMW X5 105,000 MILES Received proceeds from insurance claim on BMW, net of debtor exemption in automobile and bank accounts | 4,750.00 | 7,700.00 | | 7,700.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $72,180.00  $7,700.00  $7,700.00  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold estate's interest in vehicle; Trustee examined claims; TFR filed; final hearing held; final distribution made; TDR submitted to UST in June 2013

Initial Projected Date of Final Report (TFR): 06/30/13     Current Projected Date of Final Report (TFR): 02/28/13

/s/    Joseph A. Baldi, Trustee

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 17.02d

**FORM 1 - SANDOVAL**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-25959    JSB    Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | SANDOVAL, VERONICA | Date Filed (f) or Converted (c): | 06/28/12 (f) |
| | | 341(a) Meeting Date: | 08/24/12 |
| | | Claims Bar Date: | 11/27/12 |

_____  Date: 06/21/13
     JOSEPH A. BALDI, TRUSTEE

FORM 2 - SANDOVAL

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-25959 -JSB | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | SANDOVAL, VERONICA | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8407 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4242 | | | |
| For Period Ending: | 06/21/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/24/12 | 10 | VERNONICA SANDOVAL | SALE OF PERSONAL PROPERTY | 1129-000 | 7,700.00 | | 7,700.00 |
| 02/07/13 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>BOND # 016026455 | 2300-000 | | 6.22 | 7,693.78 |
| 04/03/13 | 001002 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-000 | | 1,520.00 | 6,173.78 |
| 04/03/13 | 001003 | PYOD, succ/assigns of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 56.21507% | 7100-900 | | 501.95 | 5,671.83 |
| 04/03/13 | 001004 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000003, Payment 56.21546% | 7100-900 | | 415.05 | 5,256.78 |
| 04/03/13 | 001005 | Amer InfoSource agent Midland Funding<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 000004, Payment 56.21478% | 7100-000 | | 621.46 | 4,635.32 |
| 04/03/13 | 001006 | Capital One Bank (USA), N.A. by<br>American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 56.21505% | 7100-900 | | 604.16 | 4,031.16 |
| 04/03/13 | 001007 | Amer InfoSource agent T-Mobile<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Claim 000006, Payment 56.21661% | 7100-000 | | 214.68 | 3,816.48 |
| 04/03/13 | 001008 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840 | Claim 000007, Payment 56.21526% | 7100-900 | | 1,023.50 | 2,792.98 |

Page Subtotals 7,700.00 4,907.02

Ver: 17.02d

FORM 2 - SANDOVAL

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-25959 -JSB | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | SANDOVAL, VERONICA | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8407 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4242 | | | |
| For Period Ending: | 06/21/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/03/13 | 001009 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000008, Payment 56.21508% | 7100-900 | | 1,858.15 | 934.83 |
| 04/03/13 | 001010 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000009, Payment 56.21544% | 7100-900 | | 626.33 | 308.50 |
| 04/03/13 | 001011 | Quantum3 Group LLC agent WFNB<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000001, Payment 56.21458% | 7100-900 | | 308.50 | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 7,700.00 | 7,700.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,700.00 | 7,700.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,700.00 | 7,700.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********8407 | 7,700.00 | 7,700.00 | 0.00 |
| | 7,700.00 | 7,700.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 2,792.98

Ver: 17.02d

**FORM 2 - SANDOVAL**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 12-25959 -JSB | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | SANDOVAL, VERONICA | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8407 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4242 | | | |
| For Period Ending: | 06/21/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*